**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDWARD HERRERA,<br><br>        Plaintiff,<br><br>   v.<br><br>POVEDA, CORRECTIONAL OFFICER, et al.,<br><br>        Defendants. | No. ED CV 08-356-ODW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' motion to dismiss is granted.

/

/

/

/

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: November 25, 2008

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE