**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| EDWARD HERRERA, | ) | No. ED CV 08-356-ODW (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| POVEDA, CORRECTIONAL OFFICER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 25, 2008

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE